**Order entered April 10, 2020**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-20-00219-CV**

**IN THE INTEREST OF H.B.R., A CHILD**

**On Appeal from the 469th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 469-56844-2017**

**ORDER**

Before the Court is court reporter Stephanie M. Hunn's April 9, 2020 letter informing the Court she will not be filing a reporter's record because she has received only partial payment for the record. Specifically, she has received payment for the record of the proceedings held August 22, 2019, August 23, 2019, and November 7, 2019. However, she has not received payment for "additional transcripts" that have been requested.

To ensure the appeal proceeds on the proper record, we **ORDER** appellant to file, no later than April 20, 2020, written verification he (1) no longer is requesting the reporter's record and is proceeding on the clerk's record alone; (2)

has paid for the "additional transcripts" requested; or, (3) is proceeding only on the record of the proceedings for which he has already paid. We caution appellant that failure to comply may result in the appeal being submitted without the reporter's record. *See* TEX. R. APP. P. 37.3(c).

/s/    ROBERT D. BURNS, III
CHIEF JUSTICE